FILED

07/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0166

_____

HOLLY HAPPE, individually and as
Personal Representative of the Estate of
MARJORIE LEE LAVALLEY,

      Plaintiff and Appellant,

  v.

COURTNEY LAWELLIN, Attorney at
Law and COURTNEY LAWELLIN, P.C.
a registered Montana Professional
Corporation,

      Defendants and Appellees.

_____

O R D E R

Appellant Holly Happe was granted an extension of time to file and serve the opening brief on or before July 26, 2023.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than August 31, 2023.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2023